# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICARDO TORRES, | * |
| Petitioner, | * |
| v. | *  No. 16-cv-10448-IT |
| KELLY RYAN, | * |
| Respondent. | * |

## ORDER ON REPORT AND RECOMMENDATION
## ON PETITION FOR WRIT OF HABEAS CORPUS

January 15, 2019

TALWANI, D.J.

The Magistrate Judge to whom this matter was referred entered a Report and Recommendation [#31] regarding Petitioner's Petition for Writ of Habeas Corpus [#1]. Objections were due by August 7, 2018, and to date none have been filed. A copy of the Report and Recommendation [#31] was mailed to the Petitioner but was returned as undeliverable. See Mail Returned as Undeliverable [#33]. The court has no current address for Petitioner to direct him to submit objections. Accordingly, the court will stay the action and administratively close the case. If Petitioner contacts this court and requests a status update, the clerk shall forward to Petitioner the docket, a copy of this order, and the Report and Recommendation [#31]. Petitioner shall have fourteen (14) days thereafter to state cause for failing to provide a current address to the court and to submit any objections the Report and Recommendation [#31].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Court